

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00332-CV
_____

IN THE INTEREST OF A.J., A CHILD

On Appeal from the 119th District Court
Runnels County, Texas
Trial Court No. 974; Honorable Gary Banks, Presiding

December 4, 2020

## ORDER RETURNING TRANSFERRED APPEAL

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, M.J., appeals from the trial court's order terminating her parental rights to her child, A.J.[1]  Originally appealed to the Third Court of Appeals, the appeal was later transferred to this court pursuant to an order of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013) (authorizing the Supreme Court to transfer appeals from one court of appeals to another as part of its docket equalization efforts); Misc. Docket Order No. 20-9117 (Tex. Oct. 13, 2020) (directing the Third Court of Appeals

---

[1] To protect the privacy of the parties involved, we refer to them by their initials.  *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2020). *See also* TEX. R. APP. P. 9.8(b).

to transfer the first thirty-eight cases filed on or after September 25, 2020, to the Seventh Court of Appeals).  However, the Supreme Court's transfer order expressly prohibited the transfer of "appeals in cases involving termination of parental rights."  Misc. Docket Order No. 20-9117 (Tex. Oct. 13, 2020).  Because this appeal was mistakenly transferred, we direct the clerk of this court to immediately return the appeal to the Third Court of Appeals, along with the appellate record, all party filings, and all orders of the court.

It is so ordered.

Per Curiam